IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01389-WYD-CBS   Date: November 10, 2015
Courtroom Deputy: Amanda Montoya   FTR – Reporter Deck-Courtroom A402

*Parties:*                                                *Counsel:*

JEANNE STROUP, *et al.,*                  Michael Fairhurst

Plaintiff,

v.

UNITED AIRLINES, INC.,                      Meghan Martinez
                                                              Ann Purvis

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:52 a.m.**
Court calls case. Appearances of counsel.

Discussion and argument regarding *[17] Defendant's Motion to Stay Discovery and Vacate Scheduling Conference Pending Resolution of Motion to Dismiss Complaint and This Action.*

**ORDERED:** *[17] Defendant's Motion to Stay Discovery and Vacate Scheduling Conference Pending Resolution of Motion to Dismiss Complaint and This Action* is **GRANTED in part and DENIED in part**. Each Plaintiff may serve 15 interrogatories and 15 requests for production and the Defendant may serve 15 interrogatories and 15 requests for production on each Plaintiff. Counsel must adhere to the court's practice standards in regards to any discovery disputes. The court will not allow depositions or expert discovery at this time.

Parties shall exchanges 26(a)(1) disclosures **on or before November 20, 2015.**

Hearing Concluded.

**Court in recess: 11:55 a.m.**
Time in court: 01:03

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.