EXHIBIT 2

FILED UNDER LEVEL 1 RESTRICTION