IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  15-cv-01389-WYD-STV

JEANNE STROUP and
RUBEN LEE,

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Clerk of Court shall provide lunch to the jury for the duration of their deliberations commencing on **Monday, March 5, 2018.**

    Dated:  March 2, 2018.