ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01389-WYD-STV

JEANNE STROUP and
RUBEN LEE,

    Plaintiffs,

v.

UNITED AIRLINES, INC.

    Defendant.

---

## VERDICT FORM

---

We, the Jury, being duly impaneled and sworn to try the above-entitled case, unanimously find the following answers to the questions submitted by the Court:

## PART I - Plaintiff Jeanne Stroup

1. Has Plaintiff Jeanne Stroup proven by a preponderance of the evidence that Defendant United Airlines discriminated against her because of her age, in violation of the ADEA?

Yes __X__ No _____

**If your answer to Question 1 is "yes", then you have found for Plaintiff Jeanne Stroup on her claim of discrimination based on age; therefore, proceed to answering Questions 2-4. If your answer is "no" to Question 1, then skip Questions 2-4, and go to Part II.**

2. Do you find that Plaintiff Stroup should be awarded as back pay damages in an amount that reasonably compensates Plaintiff Stroup for any lost wages and benefits, taking into consideration any increases in salary and benefits that Plaintiff Stroup would have received had she not been discriminated against on the basis of age?

Yes __X__ No _____

If your answer to Question 2 is "yes", what amount of back pay damages do you award her?

$ __312,474__

3. You must reduce any award of back pay damages by any amount Plaintiff Stroup earned or could have earned by reasonable effort after she left her employment with Defendant. Do you find that Plaintiff Stroup's back pay damages award should be reduced?

Yes __X__ No _____

If your answer to Question 3 is "yes", what amount should be used to reduce (or offset) the amount of back pay damages that you inserted above (in response to Question 2)?

$ _97,995_

4. Do you find that Plaintiff Jeanne Stroup proved by a preponderance of the evidence that Defendant United willfully violated the law that prohibits age discrimination with its actions related to Plaintiff Stroup?

Yes _X_ No _____

## PART II – Plaintiff Ruben Lee

5. Has Plaintiff Ruben Lee proven by a preponderance of the evidence that Defendant United Airlines discriminated against him because of his age, in violation of the ADEA?

Yes _X_ No _____

**If your answer to Question 5 is "yes", then you have found for Plaintiff Ruben Lee on his claim of discrimination based on age; therefore, proceed to answering Questions 6-8. If your answer is "no" to Question 5, then skip Questions 6-8, and sign and date the verdict form below (you are done).**

6. Do you find that Plaintiff Lee should be awarded as back pay damages in an amount that reasonably compensates Plaintiff Lee for any lost wages and benefits, taking into consideration any increases in salary and benefits that Plaintiff Lee would have received had he not been discriminated against on the basis of age?

Yes _X_ No _____

If your answer to Question 6 is "yes", what amount of back pay damages do you award him?

$ 317,779

7. You must reduce any award of back pay damages by any amount Plaintiff Lee earned or could have earned by reasonable effort after he left his employment with Defendant. Do you find that Plaintiff Lee's back pay damages award should be reduced?

Yes  X    No _____

If your answer to Question 7 is "yes", what amount should be used to reduce (or offset) the amount of back pay damages that you inserted above (in response to Question 6)?

$ 122,227

8. Do you find that Plaintiff Ruben Lee proved by a preponderance of the evidence that Defendant United willfully violated the law that prohibits age discrimination with its actions related to Plaintiff Lee?

Yes  X    No _____

**PLEASE SIGN AND DATE THE VERDICT FORM**

Dated this 5th day of March, 2018.

Juror names redacted