## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  15-cv-01389-DDD

JEANNE STROUP; and
RUBEN LEE,

       Plaintiffs,

v.

UNITED AIRLINES, INC.,

       Defendant.

_____

## PLAINTIFFS' MOTION FOR EXPEDITED REVIEW OF PENDING MOTIONS
_____

Plaintiffs, by and through their undersigned counsel of record hereby submit this

PLAINTIFFS' MOTION FOR EXPEDITED REVIEW OF PENDING MOTIONS as follows:

1.    This case was filed June 29, 2015.  [Doc #1].

2.    It was tried before the late Honorable Judge Wiley Y. Daniel between February

27 and March 5, 2018, when the jury rendered a verdict in favor of Plaintiffs.  [Doc. #233].

3.    This case has been pending in this honorable Court for over one year while the

Court decides various post-trial motions, including a Rule 50(b) motion [Doc. #227]; a motion

for a new trial [Doc. 228]; motion for attorney fees [Doc. #232]; and a Supplemental Motion for

attorney fees [Doc. #249].  These motions remain unresolved.

4.    Counsel understands that this Court has just assumed the bench and the bulk of

the late Honorable Judge Daniel's case load has been transferred to this Court.  Counsel is

entirely sympathetic to the challenges facing this Court in familiarizing itself with literally

hundreds of cases.

1

5.      Knowing the daunting task this Court is facing, it is with the greatest respect and regard for the challenge confronting it, that Plaintiffs respectfully request that this Court give priority to this case when evaluating the civil docket.  Of course every criminal case currently pending takes priority over all civil cases, however, when evaluating priorities for the civil docket, the fact that this case went to verdict over one-year ago and defense counsel has given every indication that they fully intend to appeal the verdict and judgment to the Tenth Circuit Court of Appeals, in order to move this case it is requested that this Court prioritize this case for the resolution of all pending motions.

6.      All pending motions have been fully briefed by all counsel and the parties are simply awaiting the Court's ruling so that an appeal may commence.

7.      Pursuant to Local Rule 7.1, opposing counsel have indicated that they take no position on this motion.

WHEREFORE it is respectfully requested that this Court grant this motion and for any just and further relief this Court deems just and proper.

Respectfully submitted this 27th day of May 2019.

KILLMER, LANE & NEWMAN, LLP

*s/ David A. Lane*_____
David A. Lane
Michael P. Fairhurst
Liana Orshan
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
dlane@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on May 28, 2019, I filed the foregoing **PLAINTIFFS' MOTION FOR EXPEDITED REVIEW OF PENDING MOTIONS** via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

MARTINEZ LAW GROUP, P.C.
Meghan W. Martinez
Elizabeth Imhoff Mabey
720 South Colorado Boulevard
South Tower, Suite I 020
Denver, Colorado 80246
Telephone: (303) 597-4000
Fax: (303) 597-4001
martinez@mlgrouppc.com
mabey@mlgrouppc.com
reinhardt@mlgrouppc.com

ATTORNEYS FOR DEFENDANT


*s/ Jamie Akard*


4