**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:15-cv-01389-DDD-STV

JEANNE STROUP, and
RUBEN LEE

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Stay Execution of Judgment Pending Appeal and to Approve Supersedeas Bond filed by Defendant United Airlines, Inc. and Plaintiffs Jeanne Stroup and Ruben Lee, pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a). (Doc. 265.) Upon the record before it, the Court **FINDS** as follows:

- that there is good cause shown to stay, pending appeal, execution of or any proceedings to enforce the Second Amended Final Judgment (Doc. 233), the Order on Plaintiffs' Supplemental Motion for Attorneys' Fees (Doc. 257), and the taxation of costs entered in this action (Doc. 235); and

- that United Airlines has tendered a Supersedeas Bond that is good and adequate security for the Second Amended Final Judgment and the Order on Plaintiffs' Supplemental Motion for Attorneys' Fees, and taxation of costs.

- 1 -

Accordingly, the Court **GRANTS** the Stipulated Motion to Stay Execution of Judgment Pending Appeal and to Approve Supersedeas Bond (Doc. 265), and **ORDERS** that execution of, or any proceedings to enforce the Second Amended Final Judgment, the Order on Plaintiffs' Supplemental Motion for Attorneys' Fees, and the taxation of costs, are stayed until the date the United States Court of Appeals for the Tenth Circuit issues its mandate in the appeal that has been taken in *Stroup v. United Airlines, Inc.*, No. 19-1373 (10th Cir.).

Because the parties have agreed on the amount of a supersedeas bond and that a stay is appropriate, the Court hereby **GRANTS** Plaintiffs' Unopposed Motion to Withdraw Motion for Entry of Order Requiring Defendant to Post Bond (Doc. 266).

DATED: March 26, 2020         BY THE COURT:

_____
Hon. Daniel D. Domenico